# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2683
LT Case No. 2020-301456-CFDB
_____

DONALD JODY TOMLINSON,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____


Petition Alleging Ineffectiveness of Appellate Counsel.
A Case of Original Jurisdiction.

Donald Jody Tomlinson, Wewahitchka, pro se.

Ashley Moody, Attorney General, Tallahassee, and Kristen L. Davenport, Daytona Beach, for Respondent.


February 14, 2024


PER CURIAM.

The petition is denied on the merits. *See Topps v. State*, 865 So. 2d 1253, 1258 (Fla. 2004).


MAKAR, LAMBERT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____